PD-0695-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/5/2015 4:20:39 PM
Accepted 6/8/2015 3:59:14 PM
ABEL ACOSTA
CLERK

No. _____

IN THE COURT OF CRIMINAL APPEALS OF TEXAS, AT AUSTIN

FILED IN
COURT OF CRIMINAL APPEALS

June 8, 2015

ABEL ACOSTA, CLERK

## Joe Barry Ferguson

Appellant

v.

## The State of Texas

Appellee

On Appeal from the 291st District Court Dallas County, Texas; Trial Court Cause No. F-1235370-U The Honorable Jennifer Balido, Judge Presiding,  and the Opinion of the Fifth Court of Appeals in Case No. 05-14-00281-CR, Delivered April 24, 2015

## Motion for Extension of Time to Retain Counsel or File *Pro Se* Petition of Discretionary Review

TO THE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COME NOW, David A. Schulman, the undersigned attorney of record for Appellant, Joe Barry Ferguson , and respectfully file this "Motion for Extension of Time to Retain Counsel or File *Pro Se* Petition of Discretionary Review," asking that the Court grant a sixty (60) day extension of time in which the Appellant may either retain the undersigned or other counsel or may file a *pro se* petition for discretionary review, and would show the Court as follows:

### Procedural History

Appellant was convicted of sexual assault of a child in the 291st District Court of Dallas County, and sentenced to fifteen (15) years in the penitentiary.  Notice of Appeal was timely given

and an appeal prosecuted. The Court of Appeals opinion from which review is sought was delivered by the Fifth Court of Appeals for Texas at Dallas, on April 24, 2015. Motion for rehearing was denied on May 26, 2015. Petition for discretionary review is timely if filed with the Clerk of the Court or properly addressed and post-marked on or before June 25, 2015.

## Reason Extension Should Be Granted

The undersigned counsel will not be representing Appellant after the filing of this motion. He has mailed, as required by opinions of this Court, a copy of the opinion of the Court below to Appellant.

The undersigned is informed that Appellant may wish to hire a different attorney to file a petition for discretionary review (PDR), or file a *pro se* PDR. In either case, either Appellant or replacement counsel will have to obtain and review the record in order to prepare and file a PDR. The undersigned believes that there is insufficient time between now and June 25, 2015, to accomplish those goals. Consequently, the undersigned respectfully requests that the Court grant Appellant the additional time.

## Prayer

WHEREFORE, PREMISES CONSIDERED, Movant respectfully prays that this Honorable Court will grant Appellant an additional

sixty (60) day extension of time, until August 24, 2015, or such time as set by the Court, in which to retain an attorney to file a PDR or file a *pro se* PDR. The undersigned will notify Appellant of the Court's decision.

Respectfully submitted,

**David A. Schulman**
Attorney at Law
1801 East 51st Street, Suite 365474
Austin, Texas 78723
Tel. 512-474-4747
Fax: 512-532-6282
State Bar Card No. 17833400
Attorney for Joe Barry Ferguson

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 473 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on June 5, 2015, a true and correct copy of the above and foregoing "Motion for Extension of Time to Retain Counsel or File Pro Se Petition of Discretionary Review" was transmitted via the eService function on the State's eFiling portal, to Michael Casillas (michael.casillas@dallascounty.org), counsel of record for the State of Texas.

**David A. Schulman**

3